UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony Mills

   v.                                          Case No. 26-cv-162-TSM

Arlene Bluth


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 12, 2026. For the reasons explained therein, this case is dismissed. The clerk shall enter judgement and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
Chief Judge

Date: April 10, 2026

cc:  Anthony Mills, pro se